**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**HOWARD D. HOWARD,**

**Defendant.**

**8:26CR48**

**ORDER**

**IT IS ORDERED:**

1. The status conference with counsel regarding the Motion to Suppress (Filing No. 36) will be held on **September 2, 2026**, **at 10:00 a.m.,** by telephone before the undersigned magistrate judge.

2. Defense counsel, and counsel for the government shall attend, and shall use the following instructions:

   Dial 1-855-244-8681
   Enter the access code 2308 570 0501, then hit the # key.

Dated this 30th day of July, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge